No. 72–847. MEMORIAL HOSPITAL ET AL. *v.* MARICOPA COUNTY ET AL. Appeal from Sup. Ct. Ariz. [Probable jurisdiction noted, 410 U. S. 981.] Motion of Legal Aid Society of Maricopa County, Arizona, for leave to dispense with printing *amicus curiae* brief denied.

No. 72–888. ZAHN ET AL. *v.* INTERNATIONAL PAPER Co. C. A. 2d Cir. [Certiorari granted, 410 U. S. 925.] Motions of Lloyd E. Canfield et al. and Consumers Union of the United States, Inc., for leave to file briefs as *amici curiae* denied.

No. 72–914. SCHEUER, ADMINISTRATRIX *v.* RHODES, GOVERNOR OF OHIO, ET AL.; and

No. 72–1318. KRAUSE, ADMINISTRATOR, ET AL. *v.* RHODES, GOVERNOR OF OHIO, ET AL. C. A. 6th Cir. [Certiorari granted, 413 U. S. 919.] Motion of National Council of the Churches of Christ in the U. S. A. et al. for leave to file a brief as *amici curiae* granted. Motion of Kent Legal Defense Fund for leave to file a brief as *amicus curiae* in No. 72–914 denied. Motion of National Bar Assn. for leave to file a brief as *amicus curiae* in No. 72–1318 granted.

No. 72–948. NATIONAL CABLE TELEVISION ASSN., INC. *v.* UNITED STATES ET AL. C. A. 5th Cir. [Certiorari granted, 411 U. S. 981.] Motions of National Association of Broadcasters and American Telephone & Telegraph Co. et al. for leave to file briefs as *amici curiae* granted.

No. 72–953. O'SHEA, MAGISTRATE, CIRCUIT COURT OF ALEXANDER COUNTY, ILLINOIS, ET AL. *v.* LITTLETON ET AL. C. A. 7th Cir. [Certiorari granted, 411 U. S. 915.] Motion of Illinois State Bar Assn. for leave to file a brief as *amicus curiae* granted.